**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:18cr96-MHT** |
| | ) | **(WO)** |
| **MICHAEL JERMAINE THOMPSON** | ) | |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on July 11, 2018, this court entered a preliminary order of forfeiture (doc. no. 24) forfeiting defendant's interest in an Arminius, model Titan Tiger, .38 caliber revolver, bearing serial number N025537; a Hi-Point, model JA 380, .380 caliber pistol, bearing serial number P8138081; and miscellaneous ammunition;

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant, and the government gave defendant notice in the indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 924(c); and,

**WHEREAS**, the court finds that defendant Thompson has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 924(c).

It is hereby **ORDERED** that the government's motion for a final order of forfeiture (doc. no. 45) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **an Arminius, model Titan Tiger, .38 caliber**

**revolver, bearing serial number N025537; a Hi-Point, model JA 380, .380 caliber pistol, bearing serial number P8138081; and miscellaneous ammunition.**

      2.     All right, title, and interest to the property described above is hereby condemned, Forfeited, and vested in the United States and shall be disposed of according to law.

      3.     The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

      4.     The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

      SO ORDERED, this the 28th day of February, 2019.

                                               /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE