IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr96-MHT |
| | ) | (WO) |
| MICHAEL JERMAINE THOMPSON | ) | |

**MENTAL-HEALTH ORDER**

A January 2019 psychological evaluation by the Bureau of Prisons concluded that defendant Michael Jermaine Thompson has *DSM-5* diagnoses of Schizotypal Personality Disorder and Cannabis Use Disorder, severe, in a controlled environment. *See* BOP Evaluation (doc. no. 33) at 8. It is ORDERED that, upon defendant Michael Jermaine Thompson's release from his five-year prison term to begin his three-year term of supervised release, the United States Probation Office is to arrange for another psychological evaluation of him. The evaluation shall be filed with the court and shall address (1) whether defendant Thompson's mental-health issues have changed after five years of incarceration, and (2) whether he needs psychological counseling or

other specific supports or conditions to facilitate his re-entry to society.

DONE, this the 6th day of March, 2019.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**