IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr96-MHT |
| | ) | (WO) |
| **MICHAEL JERMAINE THOMPSON** | ) | |

## ORDER

Based on the representations made on the record at a telephonic status conference on January 25, 2023, it is ORDERED that the court will not take any further action as to the psychological evaluation (Doc. 51) filed under seal.

DONE, this the 25th day of January, 2023.

                                            /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**